# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROBERT BARGHOORN,**

CASE NO: **1:23–CV–00817–KES–CDB**

v.

**FCA US, LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/30/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **April 30, 2024**

by: /s/ C. Marrujo
Deputy Clerk